JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENDALL FOWZER, et al., | Case No.: ED CV 17-1907 DMG (KKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| THE COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

The Court having granted Defendant County of San Bernardino's motion for summary judgment as to the federal claim and dismissed without prejudice the remaining state-law claims by order dated October 25, 2018 [Doc. # 61],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs Jeffrey Kendall Fowzer and Jeffrey Silas.

DATED: October 25, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-